Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas L. Mead, Jr., Harold Hirsch,* and *Frank Troutman* for petitioner. *Mr. E. C. O'Rear* for respondent.

No. 485. EASTERN MASSÁCHUSETTS STREET RY. CO. *v.* TRANSMARINE CORPORATION ET AL. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. G. Philip Wardner* for petitioner. *Messrs. Carroll Single* and *Albert T. Gould* for respondents.

No. 486. KULESZA ET AL. *v.* BLAIR ET AL.; and

No. 487. SAME *v.* AMERICAN CAR AND FOUNDRY CO. ET AL. November 3, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Hamilton Lewis* for petitioners. *Messrs. James M. Sheean* and *Weymouth Kirkland* for Blair et al. *Mr. Ephriam Banning* for American Car and Foundry Co. et al. Reported below: 41 F. (2d) 439.

No. 488. DOBLE LABORATORIES *v.* THOMAS DAY CO. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circui* denied. *Messrs. Frederick S. Lyon, Leonard S. Lyon,* and *William H. Hunt* for petitioner. *Messrs. John H. Miller, George L. Wilkinson,* and *Langdon Moore* for respondent.

No. 491. ST. LOUIS NATIONAL BASEBALL CLUB *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. November 3, 1930. Petition for writ of certiorari to the Circuit